

# Lowenstein Sandler

ATTORNEYS AT LAW

**Michael A. Norwick**
Counsel
Tel  973 597 2530
Fax  973 597 2531
mnorwick@lowenstein.com

October 28, 2008

**VIA ECF AND REGULAR MAIL**

Hon. Peter G. Sheridan, USDJ
Martin Luther King, Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

**Re:     Tasty-Trim, Inc. v. McNeil Nutritionals, Inc.**
        **Civil Action No: 07-cv-5987 (PGS)(ES)**

Dear Judge Sheridan:

We represent the Defendant in the above-referenced matter.  I am writing to request an adjournment of the status conference scheduled by the Court for November 11, 2008 at 2:00 p.m. The reason for the request is that lead counsel for the Defendant, Michael O'Shea, will be out of the country that week.  No prior request has been made to adjourn this conference.

I have been advised by Your Honor's law clerk that the first two weeks of December would be the best dates for the Court to reschedule the conference for.  Because Mr. O'Shea is also out of the country the week of December 8, 2008, and upon consultation with our adversary, Jeffrey Bronster (who consents to the adjournment), we would respectfully request that the conference be rescheduled for December 1, 2, 3 or 4.

*Rescheduled to 12/4/08 at 2:30 pm.*

Thank you for the Court's consideration of this request.

Respectfully submitted,

*So Ordered*
*11/5/08*
*Peter MAhundu*

s/ Michael A. Norwick

MAN:va

14602/13
10/28/08 10124961.1

cc:     Michael O'Shea, Esq. (via ECF)
        Jeffrey A. Bronster, Esq. (via ECF)