UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| TASTY-TRIM, INC., <br><br> Plaintiff, <br><br> v. <br><br> McNEIL NUTRITIONALS, LLC (a Johnson & Johnson company), <br><br> Defendant | Civil Action No. 07-cv-5987 (PGS) <br><br> **ORDER** |

This matter having come before the Court on Defendant, McNeil Nutritionals, LLC's motion for summary judgment; and opposition to the motion having been filed by Plaintiff, Tasty-Trim, Inc.; and the court having reviewed the papers submitted the parties; for the reasons set forth in the opinion filed on this date, and for good cause shown,

IT IS on this 30th day of March, 2009

ORDERED that Defendant, McNeil Nutritionals, LLC's motion for summary judgment be and hereby is denied.

*s/Peter G. Sheridan*
PETER G. SHERIDAN, U.S.D.J.

March 30, 2009